# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| ELVIRA REYES-HERNANDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-1 |
| | ) |
| MONSANTO COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the parties' agreed Stipulation of Dismissal, with prejudice. Dkt. 93. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** that the action is dismissed by stipulation, with prejudice.

This matter is **STRICKEN** from the active docket of the Court.

Entered: October 25, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge